# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Adrien Macklin-Hicks**

Case Number:  **2:17CR00396**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **December 19, 2018**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **6 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **February 10, 2020**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Commit Another Crime** - You must not commit another federal, state or local crime.

    On June 11, 2020 Macklin-Hicks committed the offense of Eluding Peace Officer with Endangerment to Person(s) or Property (Felony), in violation of N.R.S. 484B.550(3).

    In this incident, Macklin-Hicks was operating an Off-Highway Vehicle (OHV) at a higher rate of speed than the posted speed limit. Officers observed him doing donuts and swerving lane to lane. Officers attempted to conduct a traffic stop. At some point,

RE: Adrien Macklin-Hicks

Prob12C
D/NV Form
Rev. March 2017

Macklin-Hicks came to a stop then took off again when officers approached. Macklin-Hicks then side swiped another vehicle and the OHV rolled onto its side.

2. **Do Not Unlawfully Use Controlled Substance** - You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.

On February 12, 2020, Macklin-Hicks submitted a positive test for THC.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **June 23, 2020**

Matthew S Martinez
2020.06.30
15:14:41 -07'00'

Matthew S. Martinez
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2020.06.30
12:11:23 -07'00'

Brian Blevins
Supervisory United States Probation Officer

RE: Adrien Macklin-Hicks

Prob12C
D/NV Form
Rev. March 2017

## THE COURT ORDERS

☐ No Action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other:

_James C. Mahan_
Signature of Judicial Officer

July 2, 2020
Date

RE: Adrien Macklin-Hicks

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. ADRIEN MACKLIN-HICKS, 2:17CR00396

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### June 23, 2020

By way of case history, Macklin-Hicks was sentenced to six (6) months custody concurrent with State Court Case No. C-16-315866-1, followed by a three (3) year term of supervised release. On February 10, 2020, Macklin-Hicks was released from state custody and commenced supervision.

On February 14, 2020, our office notified Your Honor that Macklin-Hicks tested positive for THC. He admitted to consuming an edible marijuana cookie. At that time, we did not request any punitive action from the Court.

As noted above, Macklin-Hicks was recently arrested by Nye County Sheriff's Officers (NCSO) for Eluding and a Probation Violation. In this incident, NCO observed an Off-Highway Vehicle (OHV) traveling at a higher rate of speed than the posted speed limit of 35mph. Officers attempted to catch up to the OHV and observed it doing donuts and swerving lane to lane. Officers activated their lights and sirens and attempted to pull the OHV over.

The OHV eventually came to a stop. As the officer got out of his vehicle and started to approach the OHV, the driver took off again. Another officer observed the OHV side swipe another vehicle that had been pulled over for emergency vehicles. The OHV then rolled onto its side.

Officers made contact with the driver who was identified as Macklin-Hicks and took him into custody. It should be noted the criminal compliant notes the pursuit lasted for approximately 46 miles.

Macklin-Hicks was on both state and federal supervision at the time of this incident. Macklin-Hicks is currently in custody at the Nye County Jail awaiting to be transported back into Nevada Department of Corrections custody. Macklin-Hicks has only been on supervision for a brief period and has put himself in a position where both his state and federal supervision may be revoked as a result of his poor actions.

RE: Adrien Macklin-Hicks

Prob12C
D/NV Form
Rev. March 2017

As such, we respectfully request the issuance of a warrant to initiate revocation proceedings. Additionally, we respectfully recommend Macklin-Hicks be detained pending his revocation hearing before this Court.

Respectfully submitted,

Matthew S Martinez
2020.06.30 15:15:13
-07'00'

_____
Matthew S. Martinez
United States Probation Officer

Approved:

Digitally signed by
Brian Blevins
Date: 2020.06.30
12:11:45 -07'00'

_____
Brian Blevins
Supervisory United States Probation Officer