RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
Nevada State Bar No.
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Adrien Macklin-Hicks

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00396-JCM-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| ADRIEN MACKLIN-HICKS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Adrien Macklin-Hicks, that the Revocation Hearing currently scheduled on April 3, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The parties require more time for negotiations to determine whether a global resolution will be reached in this matter along with 2:23-cr-00063-ART-NJK.

2. The defendant is in custody and agrees with the need for the continuance.

3.  The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 30th day of March, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Bianca R. Pucci*<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>ADRIEN MACKLIN-HICKS,<br><br>   Defendant. | Case No. 2:23-cr-00063-ART-NJK<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, April 3, 2023 at 10:30 a.m., be vacated and continued to **July 5, 2023, at 10:00 a.m.**; or to a time and date convenient to the court.

  DATED March 31, 2023.

               _____
               UNITED STATES DISTRICT JUDGE