RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
Nevada State Bar No.
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Adrien Macklin-Hicks

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADRIEN MACKLIN-HICKS,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00396-JCM-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Adrien Macklin-Hicks, that the Revocation Hearing currently scheduled on October 5, 2023, be vacated and continued to a date and time after December 19, 2023.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Macklin-Hicks was indicted on a related matter, USA v. Macklin-Hicks, 2:23-cr-00063, by superseding indictment on August 23, 2023. The trial in that matter is set for December 19, 2023.

2. The parties require more time to determine whether this matter can be resolved along with 2:23-cr-00063 through a global resolution.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 22nd day of September, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Bianca R. Pucci<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ADRIEN MACKLIN-HICKS, <br> Defendant. | Case No. 2:17-cr-00396-JCM-VCF <br> **ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, October 5, 2023 at 10:00 a.m., be vacated and continued to December 20, 2023 10:00 a.m.       ; or to a time and date convenient to the court.

DATED September 22, 2023.

_____
UNITED STATES DISTRICT JUDGE

3