JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
BIANCA R. PUCCI
Nevada Bar Number 16129
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: bianca.pucci@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIEN MACKLIN-HICKS,<br><br>Defendant. | Case No.: 2:17-cr-00396-JCM-VCF<br><br>**Motion to Unseal ECF No. 61** |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL its Motion Requesting the Court to Delay Ruling on Defendant's Motion for Early Termination. The defendant Adrien Macklin-Hicks was arrested on March 17, 2023. The basis for which the government filed the motion under seal is no longer present. Therefore, there government is now requesting this Court unseal the motion.

DATED this 17th day of March, 2023.

Respectfully,

JASON M. FRIERSON
United States Attorney

*/s/ Bianca R. Pucci*
BIANCA R. PUCCI
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIEN MACKLIN-HICKS,<br><br>Defendant. | Case No.: 2:17-cr-00396-JCM-VCF<br><br>**ORDER to Unseal ECF No. 61** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Government's Motion Requesting the Court to Delay Ruling on Defendant's Motion for Early Termination of Supervised Release shall be unsealed.

**DATED** November 3, 2023.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE