RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Adrien Macklin-Hicks

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>ADRIEN MACKLIN-HICKS,<br><br>             Defendant. | Case No. 2:17-cr-00396-JCM-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Adrien Macklin-Hicks, that the Revocation Hearing currently scheduled on December 20, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.      Defense counsel has an evidentiary hearing in another matter scheduled for the same date and time as the currently scheduled revocation hearing.

2. The violation alleged in the supervised release petition before this Court is also the subject of a new criminal case, USA v. Macklin-Hicks, 2:23-cr-00063-ART-NJK, which is set for trial on February 27, 2023.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 27th day of November, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Bianca R. Pucci*<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ADRIEN MACKLIN-HICKS,<br><br>　　　　Defendant. | Case No. 2:17-cr-00396-JCM-VCF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, December 20, 2023 at 10:00 a.m., be vacated and continued to **March 20, 2024, at 10:00 a.m.;** or to a time and date convenient to the court.

　　　DATED November 29, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3